698 P.2d 434

**James Scott IRVINE, Petitioner,**

**v.**

**ST. JOSEPH HOSPITAL, INC., Marvin Sachs, Doyle Simmons, M.D., H.J. Murrell, M.D., and X-Ray Associates, P.A., Respondents.**

**No. 15663.**

Supreme Court of New Mexico.

April 16, 1985.

Steven E. Schonberg, Paul Livingston, Steven E. Schonberg, P.C., Louis S. Marjon, Albuquerque, for petitioner.

Richard C. Civerolo, Carl J. Butkus, Civerolo, Hansen & Wolf, P.A., Albuquerque, for respondent St. Joseph Hospital.

J.E. Casados, Ellen M. Kelly, Gallagher & Casados, P.C., Albuquerque, for Marvin Sachs.

W. Robert Lasater, Jr., Mark C. Meiering, Rodey, Dickason, Sloan, Akin & Robb, P.A., Albuquerque, for Doyle Simmons, M.D. and H.J. Murrell, M.D.

Bruce D. Black, Campbell, Byrd & Black, P.A., Santa Fe, for X-Ray Associates, Inc.

**ORDER**

The writ of certiorari heretofore issued by this Court is quashed as having been improvidently granted. The only issue raised by petitioner in this cause was the construction and constitutionality of the three year statute of limitations of the Medical Malpractice Act. NMSA 1978, § 41-5-13 (Repl.Pamp.1982). *Kern v. St. Joseph Hospital, Inc.*, 102 N.M. 452, 697 P.2d 135 (1985), disposed of this issue. Petitioner did not present or preserve for review the issue of fraudulent concealment

in either the Court of Appeals or this Court.

In the event of any conflict between *Kern* and this cause, *Kern* shall control. This order together with the opinion of the Court of Appeals shall be published. 102 N.M. 572, 698 P.2d 442 (1985).

IT IS SO ORDERED.

WILLIAM R. FEDERICI,
Chief Justice
DAN SOSA, Jr.,
Senior Justice
WILLIAM RIORDAN,
Justice
HARRY E. STOWERS, Jr.,
Justice
MARY C. WALTERS,
Justice